Name & Address:



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 13CR-00301-GAF |
| v. | |
| James Smith | NOTICE OF JURISDICTION / TREATY TRANSFER-IN |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the
    ☑ supervised release
    ☐ probation
    ☐ treaty
transfer-in for the case referred to above.

The matter has been randomly assigned to United States ☑ District Judge ☐ Magistrate Judge _____
Gary A. Feess_____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

                                                          Clerk, U. S. District Court

| 04/30/2013 | By: L. Rodriguez |
|---|---|
| Date | Deputy Clerk |

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (10/08)                     NOTICE OF JURISDICTION / TREATY TRANSFER-IN