

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

May 1, 2013

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Clerk, United States District Court
District of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101-7065



Re: Transfer of Jurisdiction of Probation

Your Case No.   2:10-cr-104-GMB-VCF

Assigned Our Case No.   CR 13-00301 GAF

Case Title:   USA v. James Smith

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge   Dean D. Pregerson

Please forward to this district court certified copies of the following documents:
1)   Indictment, Information, or Complaint
2)   Judgment and Probationary Order
3)   If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By   B. Moss (213) 894-3538
Deputy Clerk

cc: Probation Office, Los Angeles
     Probation Office, District of Origin