**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE US COURTHOUSE**
**333 LAS VEGAS BOULEVARD SOUTH**
**LAS VEGAS, NEVADA 89101**
**(702) 464-5400**

**LANCE S. WILSON**
**CLERK OF COURT**

**CYNTHIA K. JENSEN**
**CHIEF DEPUTY, LAS VEGAS**

**JAKE HERB CHIEF**
**DEPUTY, RENO**

May 7, 2013

U.S. District Court
Central District of California
312 North Spring Street
Room G-8
Los Angeles, CA 90012

```
         FILED
CLERK, U.S. DISTRICT COURT

    MAY 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  GR   Spm        DEPUTY
```

**Re: Transfer of Probation**

**Case Name:**          USA v. James Smith

**Your Case Number:**   CR 13-00301-GAF

**Our Case Number:**    2:10-cr-00104-GMN-VCF-4

Dear Clerk:

      Pursuant to the Order for Transfer of Jurisdiction/Probation, enclosed are certified copies of the Indictment, Judgment, Order Transferring Case and the Docket Sheet from the District of Nevada for the above-named defendant.

                                       Lance S. Wilson, Clerk

                         By: /s/ Ari Caytuero

                         Deputy Clerk
                         U.S. District Court
                         District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Received By:**_____

FILED
CLERK, U.S. DISTRICT COURT

APR 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

| | | |
|---|---|---|
| **PROB 22** <br> **(Rev. 2/88)** <br><br> **TRANSFER OF JURISDICTION** | | **DOCKET NUMBER** *(Tran. Court)* <br> 2:10-cr-104-GMN-VCF <br><br> **DOCKET NUMBER** *(Rec. Court)* <br> 13CR-00301-GAF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Smith <br> Inglewood, California | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Gloria M. Navarro | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/11/12    TO 12/10/15 |

**OFFENSE**

Maintaining Drug Involved Premises

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| | |
|---|---|
| April 11, 2013 <br><br> *Date* | Gloria M. Navarro <br> United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| 4/29/2013 <br><br> **Effective Date** | HON. DEAN D. PREGERSON <br> ACTING CHIEF JUDGE <br> United States District Judge |

I hereby attest and certify on 5/6/2013
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:10-cr-00104-GMN-VCF-4

Case title: USA v. Crosby et al

Date Filed: 03/09/2010
Date Terminated: 10/27/2011

---

Assigned to: Judge Gloria M. Navarro
Referred to: Magistrate Judge Cam
Ferenbach

## Defendant (4)

**James Smith**
*TERMINATED: 10/27/2011*
*also known as*
Poncho
*TERMINATED: 10/27/2011*

represented by **Michael P. Kimbrell**
Michael P. Kimbrell, LTD
523 S. 8th Street
Las Vegas, NV 89101-7002
(702) 471-7001
Fax: (702) 446-0493
Email: mpkimbrell@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:856(a)(1) and 18:2 - Maintaining Drug
Involved Premises and Aiding & Abetting
(19)

## Disposition

Sentenced 10/13/11

## Highest Offense Level (Opening)

Felony

## Terminated Counts

21:846 - Drug Conspiracy
(1)

21:841(a)(1) and 18:2 -Distribution of a
Controlled Substance and Aiding &
Abetting
(2-18)

## Disposition

Dismissed 10/13/11

Dismissed 10/13/11

## Highest Offense Level (Terminated)

Felony

**Complaints**                                 **Disposition**

None

---

**Plaintiff**

**USA**                        represented by **Nicholas D Dickinson**
US Attorneys Office
333 Las Vegas Blvd. So
Las Vegas, NV 89101
702-388-6336
Email: nicholas.dickinson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Humphreys**
United States Attorneys Office
333 Las Vegas Blvd. South
Las Vegas, NV 89101
702-388-6336
Fax: 702-388-6787
Email: Michael.Humphreys@usdoj.gov
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 5/7/2013 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _Ari Cayfuero_ Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2010 | ⚫ | Case assigned to Judge Robert C. Jones and Magistrate Judge Lawrence R. Leavitt. (EDS) (Entered: 03/09/2010) |
| 03/09/2010 | ⚫ 1 | **UNSEALED PER 12 ORDER** INDICTMENT as to Lakeith Cornae Crosby (1) counts 1, 2-18, and 19, Ronald Dunmore (2) counts 1, 2-18, and 19, Charles Edward Moore (3) counts 1 and 2-18, and James Smith (4) counts 1, 2-18, and 19. (EDS) (Entered: 03/09/2010) |
| 03/09/2010 | ⚫ 4 | ~~SEALED~~ AO 257 to 1 Indictment (Sealed) as to James Smith. (EDS) Modified to unseal per #12 on 4/5/2010 (LMC). (Entered: 03/09/2010) |
| 03/09/2010 | ⚫ 6 | ~~SEALED~~ MINUTES OF PROCEEDINGS - Grand Jury Return as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, and James Smith held on 3/9/2010 before Magistrate Judge George Foley, Jr. Crtrm Administrator: *Araceli Bareng*; AUSA: *Nancy Koppe*; Court Reporter/FTR #: *Joyce Dennehy*; Time of Hearing: *1:16pm - 1:19pm*; Courtroom: *3A*; Warrant to issue. (Copies have been distributed pursuant to the NEF - EDS) Modified to unseal per #12 on |

| 4/5/2010 (LMC). (Entered: 03/09/2010) | | |
|---|---|---|
| 03/26/2010 | 🌐 16 | ORDER Granting 11 Motion to Unseal Indictment as to Ronald Dunmore, Charles Edward Moore, and James Smith. Signed by Magistrate Judge Lawrence R. Leavitt on 3/26/10. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 04/06/2010) |
| 04/06/2010 | 🌐 19 | MINUTES OF PROCEEDINGS - Initial Appearance/Arraignment & Plea as to James Smith held on 4/6/2010 before Magistrate Judge Robert J. Johnston. Crtrm Administrator: *J. Ries*; AUSA: *Nicholas Dickinson*; Def Counsel: *Michael Kimbrell*; Court Reporter/FTR #: *3:13 - 3:33*; Courtroom: *3D*; Defendant is present in custody. Financial Affidavit filed. CJA panel attorney is appointed as defense counsel. Government moves for detention and the defendant submits. ORDERED that the defendant is DETAINED. Defendant is arraigned on Indictment. Defendant pleads NOT GUILTY to all count(s). Order regarding Pretrial Procedure is entered and copies will be served on counsel at a later date. The U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history, if any. Defendant is remanded to custody. Calendar Call set for 6/1/2010 08:30 AM in LV Courtroom 7D before Judge Robert C. Jones. Jury Trial set for 6/8/2010 08:30 AM in LV Courtroom 7D before Judge Robert C. Jones.**(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 04/06/2010) |
| 04/06/2010 | 🌐 24 | ORDER APPOINTING COUNSEL as to James Smith. CJA Attorney Michael Kimbrell is appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge Robert J. Johnston on 4/6/10. (Copies have been distributed pursuant to the NEF - ECS) (Entered: 04/07/2010) |
| 04/06/2010 | 🌐 25 | ORDER REGARDING PRETRIAL PROCEDURE as to James Smith. Responses to motions to be filed and served within fourteen (14) calendar days from the date of service of the motion; and reply brief to be served within seven (7) calendar days from the date of service of the response. Motions due by 5/6/2010. Signed by Magistrate Judge Robert J. Johnston on 4/6/10. (Copies have been distributed pursuant to the NEF - ECS) (Entered: 04/07/2010) |
| 04/06/2010 | 🌐 31 | ORDER OF DETENTION as to James Smith. Defendant shall be detained pending trial. Signed by Magistrate Judge Robert J. Johnston on 4/6/10. (Copies have been distributed pursuant to the NEF - EDS) (Entered: 04/13/2010) |
| 04/08/2010 | 🌐 28 | Warrant Returned Executed on 4/5/10 in case as to James Smith re 10 Warrant Issued. (EDS) (Entered: 04/08/2010) |
| 04/15/2010 | 🌐 34 | JOINT DISCOVERY AGREEMENT filed by USA as to James Smith. (Dickinson, Nicholas) (Entered: 04/15/2010) |
| 05/19/2010 | 🌐 39 | **ERROR: Document does not comply with local rules** STIPULATION *and Order to Continue Trial* by Lakeith Cornae Crosby, Ronald Dunmore, James Smith. (Tricano, Natricia) Modified per CRD on 6/1/2010 (LMC). (Entered: 05/19/2010) |

| 05/26/2010 | 🌐 40 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Roger L. Hunt, as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith on 5/26/2010. IT IS ORDERED that this case is reassigned to the Honorable U.S. District Court Judge Gloria M. Navarro for all further proceedings. The Honorable U.S. District Court Judge Robert C. Jones is no longer assigned to this case. All further documents must bear the correct case number 2:10-cr-00104-GMN-LRL. **(no image attached)** (Copies have been distributed pursuant to the NEF - AF) (Entered: 05/26/2010) |
| --- | --- | --- |
| 05/28/2010 | 🌐 41 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, as to Lakeith Cornae Crosby, Ronald Dunmore, James Smith on 5/28/2010. By Deputy Clerk: Lesa Ettinger.<br><br>**Pursuant to [#40] Reassign Judge Minute Order,,. the Calendar Call currently scheduled for Tuesday, 6/1/2010 8:30 AM and Trial setting before Judge Robert C. Jones is hereby VACATED. IT IS SO ORDERED. (no image attached)** (Copies have been distributed pursuant to the NEF - LE) (Entered: 05/28/2010) |
| 06/01/2010 | 🌐 42 | NOTICE: Attorney Action Required to 39 Stipulation. **ERROR: Document does not comply with local rules. Attorney to correct & refile. (no image attached)**(LMC) (Entered: 06/01/2010) |
| 06/01/2010 | 🌐 43 | STIPULATION *To Continue Trial* by USA as to Lakeith Cornae Crosby, Ronald Dunmore, James Smith. (Dickinson, Nicholas) (Entered: 06/01/2010) |
| 06/02/2010 | 🌐 44 | ORDER TO CONTINUE - Ends of Justice - Granting 43 Stipulation to Continue Trial as to Lakeith Cornae Crosby, Ronald Dunmore, and James Smith. Time excluded from 6/8/10 until 9/21/10. Jury Trial set for 9/21/2010 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call set for 9/13/2010 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Signed by Judge Gloria M. Navarro on 6/1/10. (Copies have been distributed pursuant to the NEF - EDS) (Entered: 06/02/2010) |
| 08/30/2010 | 🌐 50 | STIPULATION *to Continue Trial* by USA as to Lakeith Cornae Crosby, Ronald Dunmore, James Smith. (Dickinson, Nicholas) **Modified to clarify type of stipulation on 9/2/2010 (LMC).** (Entered: 08/30/2010) |
| 08/31/2010 | 🌐 52 | ORDER TO CONTINUE - Ends of Justice - Granting 50 Stipulation to Continue Trial as to Lakeith Cornae Crosby, Ronald Dunmore, and James Smith. Time excluded from 9/22/10 until 12/6/10. Jury Trial reset for 12/6/2010 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call reset for 11/29/2010 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Signed by Judge Gloria M. Navarro on 8/30/10. (Copies have been distributed pursuant to the NEF - EDS) (Entered: 08/31/2010) |
| 11/16/2010 | 🌐 66 | ORDER REGARDING TRIAL as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith (see attachment): Jury Trial set on the stacked |

| | | calendar for 12/6/2010, at 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call set for 11/29/2010, at 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Exhibit List due by 11/24/2010. Proposed Voir Dire due by 11/24/2010. Proposed Jury Instructions due by 11/24/2010. Trial Briefs due by 11/24/2010. Signed by Judge Gloria M. Navarro on 11/16/2010. (Copies have been distributed pursuant to the NEF - KXJ) (Entered: 11/16/2010) |
|---|---|---|
| 11/19/2010 | 🌐 67 | STIPULATION *to continue trial dates (second request)* by Charles Edward Moore as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith. (Bowers, Chad) (Entered: 11/19/2010) |
| 11/22/2010 | 🌐 68 | ORDER TO CONTINUE - Ends of Justice - Granting 67 Stipulation to Continue Trial as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, and James Smith. Time excluded from 12/7/10 until 3/15/11. Jury Trial set for 3/15/2011 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call set for 3/7/2011 09:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Signed by Judge Gloria M. Navarro on 11/19/10. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 11/23/2010) |
| 02/24/2011 | 🌐 72 | ORDER REGARDING TRIAL as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith (see attachment): Jury Trial set on the stacked calendar for 3/15/2011, at 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call set for 3/7/2011, at 09:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Exhibit List due by 3/3/2011. Proposed Voir Dire due by 3/3/2011. Proposed Jury Instructions due by 3/3/2011. Trial Briefs due by 3/3/2011. Signed by Judge Gloria M. Navarro on 02/24/2011. (Copies have been distributed pursuant to the NEF - KXJ) (Entered: 02/24/2011) |
| 02/28/2011 | 🌐 73 | STIPULATION *to Continue Trial* by Lakeith Cornae Crosby as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith. (Hoo, Kalani) (Entered: 02/28/2011) |
| 03/09/2011 | 🌐 74 | ORDER TO CONTINUE - Ends of Justice - Granting 73 Stipulation to Continue as to as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith. Time excluded from 3/16/11 until 6/28/11. Jury Trial set for 6/28/2011 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call set for 6/20/2011 09:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the government's prospective witnesses shall be submitted to the court by 6/16/11 by the hour of 4:00 pm. Signed by Judge Gloria M. Navarro on 3/9/11. (Copies have been distributed pursuant to the NEF - MMM) (Entered: 03/09/2011) |
| 06/08/2011 | 🌐 75 | ORDER REGARDING TRIAL as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith (see attachment): Jury Trial set on the stacked calendar for 6/28/2011 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call set for 6/20/2011 09:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Exhibit List due by 6/16/2011. Proposed Voir Dire due by 6/16/2011. Proposed Jury Instructions due by 6/16/2011. Trial Briefs due by |

Case 2:13-cr-00301-GAF   Document 4   Filed 05/10/13   Page 8 of 22   Page ID #:12

| | | |
|---|---|---|
| | | 6/16/2011. Signed by Judge Gloria M. Navarro on 06/08/2011. (Copies have been distributed pursuant to the NEF - KXJ) (Entered: 06/08/2011) |
| 06/10/2011 | ◉ | NOTICE of Docket Correction to 76 Stipulation as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith: **ERROR: Not linked to all defendants. CORRECTED BY COURT. Attorney Kalani Hoo reminded to link fillings to all defendant(s) to which the document pertains. (no image attached)**(LMC) (Entered: 06/10/2011) |
| 06/13/2011 | ◉ 77 | ORDER TO CONTINUE - Ends of Justice - Granting 76 Stipulation to Continue as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith. Time excluded from 6/29/11 until 10/4/11. Jury Trial continued to 10/4/2011 08:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Calendar Call continued to 9/26/2011 09:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the government's prospective witnesses shall be submitted to the court by 9/22/11 by the hour of 4:00 p.m. Signed by Judge Gloria M. Navarro on 6/10/11. (Copies have been distributed pursuant to the NEF - MMM) (Entered: 06/13/2011) |
| 06/23/2011 | ◉ 78 | LETTER dated 6/20/11 to Judge Navarro from Defendant James Smith re speedy trial issues. (MMM) (Entered: 06/23/2011) |
| 06/30/2011 | ◉ 80 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro, as to Ronald Dunmore, James Smith on 6/30/2011. By Deputy Clerk: K. Johnson. IT IS ORDERED a hearing to address the 78 Letter of James Smith and the 79 Letter of Ronald Dunmore is hereby scheduled for Thursday, 7/7/2011, at 09:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Counsel for the respective defendants, and for the Government shall be present for this hearing. **(no image attached)** (Copies have been distributed pursuant to the NEF - KXJ) (Entered: 06/30/2011) |
| 07/07/2011 | ◉ 81 | MINUTES OF PROCEEDINGS - Hearing re Letters from Defendants as to Ronald Dunmore, James Smith held on 7/7/2011 before Judge Gloria M. Navarro. Crtrm Administrator: *K. Johnson*; AUSA: *Nicholas Nickinson*; Def Counsel: *Lance Maningo (Dunmore); Michael Kimbrell (Smith)*; Court Reporter/FTR #: *A. Bareng*; Time of Hearing: *9:30-9:55am*; Courtroom: *7D*;<br><br>Defendants Ronald Dunmore and James Smith are present in custody. Also present in the courtroom are Chad Bowers (Counsel for co-defendant Moore) and Kalani Hoo (Counsel for co-defendant Crosby).<br><br>The Court summarizes the defendants' letters, followed by the reasons for the multiple continuances of the trial date in this case. The Court confirms the October 4, 2011 trial setting and advises that counsel should be prepared to go to trial as scheduled unless good cause is shown for another continuance. Counsel for all defendants and for the government confirm they will be ready unless plea negotiations are successful. |

At the request of counsel for defendants Dunmore and Smith, the Court schedules Change of Plea Hearings for 03:30 PM today, 7/7/2011, in LV Courtroom 7D. *Counsel shall notify Judge Navarro's chambers (702-464-5490) as if the 3:30 PM Change of Plea hearings become unnecessary.*

Defendants are remanded to custody.

**(no image attached)** (Copies have been distributed pursuant to the NEF - KXJ) (Entered: 07/07/2011)

| | | |
|---|---|---|
| 07/07/2011 | 🌐 83 | MINUTES OF PROCEEDINGS - Change of Plea as to James Smith held on 7/7/2011 before Judge Gloria M. Navarro. Crtrm Administrator: *K. Johnson*; AUSA: *Nicholas Dickinson*; Def Counsel: *Michael Kimbrell*; Court Reporter/FTR #: *J. Quiros*; Time of Hearing: *4:15-4:35pm*; Courtroom: *7D*; Defendant is present in custody. Defendant is sworn by the clerk and canvassed by the Court. The Plea Agreement is summarized by the government and filed in open court. Defendant pleads GUILTY to count(s) 19 of the Indictment. The Court conditionally accepts the guilty plea. This matter is referred to the probation department for investigation and report and trial setting as to this defendant is vacated. Sentencing and disposition set for 10/13/2011, at 10:30 AM in LV Courtroom 7D before Judge Gloria M. Navarro. Defendant is remanded to custody. **(no image attached)** (Copies have been distributed pursuant to the NEF - KXJ) (Entered: 07/07/2011) |
| 07/07/2011 | 🌐 84 | PLEA MEMORANDUM as to James Smith. (MMM) (Entered: 07/08/2011) |
| 09/26/2011 | 🌐 91 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by James Smith (Kimbrell, Michael) Modified to remove duplicate wording on 9/29/2011 (LMC). (Entered: 09/26/2011) |
| 09/28/2011 | 🌐 92 | STIPULATION (First Request) *for Sentencing* by Ronald Dunmore ~~as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith~~. (Maningo, Lance) Modified to show stipulation pertains only to defendant Dunmore on 9/29/2011 (LMC). (Entered: 09/28/2011) |
| 09/29/2011 | 🌐 | NOTICE of Docket Correction to 92 Stipulation, as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith: **ERROR: Linked to all defendants. CORRECTED BY COURT. Attorney Lance Maningo reminded when filing documents to link ONLY to the defendant(s) to which the document pertains. (no image attached)**(LMC) (Entered: 09/29/2011) |
| 10/13/2011 | 🌐 101 | MINUTES OF PROCEEDINGS - Sentencing and Disposition as to James Smith held on 10/13/2011 before Judge Gloria M. Navarro. Crtrm Administrator: *Melissa Jaime*; AUSA: *Nicholas Dickinson*; Def Counsel: *Michael Kimbrell*; USPO: *Wendy Beckner*; Court Reporter/FTR #: *Araceli Bareng*; Time of Hearing: *10:34 - 10:55 a.m.*; Courtroom: *7D*; Defendant is present in custody. The Court accepts the defendants plea and adjudicates him guilty. The Court hears statements of the Probation Officer, counsel and the defendant. Sentence is imposed as to count(s) 19 |

| | | |
|---|---|---|
| | | of the Indictment. Disposition of count(s) All Remaining entered. Defendant is advised of right to file an appeal. Defendant is remanded to custody. **(no image attached)** (Copies have been distributed pursuant to the NEF - MAJ) (Entered: 10/21/2011) |
| 10/19/2011 | 99 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Robert C. Jones, as to Lakeith Cornae Crosby, Ronald Dunmore, Charles Edward Moore, James Smith on 10/19/2011. IT IS ORDERED that this case is reassigned to Magistrate Judge Cam Ferenbach for all further proceedings. Magistrate Judge Lawrence R. Leavitt no longer assigned to case. All further documents must bear the correct case number 2:10-cr-00104-GMN -VCF. **(no image attached)** (Copies have been distributed pursuant to the NEF - MMM) (Entered: 10/19/2011) |
| 10/27/2011 | 103 | JUDGMENT as to James Smith (4), Count 19, Sentenced 10/13/11; 37 months imprisonment; defendant remanded; 3 years supervised release with special conditions; $100 special assessment; fine WAIVED. Remaining counts dismissed. Signed by Judge Gloria M. Navarro on 10/27/11. (Copies have been distributed pursuant to the NEF - MMM) (Entered: 10/28/2011) |
| 04/05/2013 | 137 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to James Smith. Motion ripe 4/5/2013. (Attachments: # 1 22) (Aquino, Robert) (Entered: 04/05/2013) |
| 04/11/2013 | 138 | ORDER Granting 137 Petition to Transfer Jurisdiction of Supervision out to the Central District of California as to James Smith (4). Signed by Judge Gloria M. Navarro on 04/11/2013. (Copies have been distributed pursuant to the NEF - AC) (Entered: 04/11/2013) |
| 05/06/2013 | 139 | ORDER ACCEPTING JURISDICTION TRANSFER OF SUPERVISED RELEASE to the Central District of California as to James Smith. Signed by Acting Chief Judge Dean D. Pregerson on 04/29/2013. (Copies have been distributed pursuant to the NEF - AC) (Entered: 05/07/2013) |
| 05/07/2013 | 140 | Supervised Release Jurisdiction Transferred to the Central District of California as to James Smith. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (AC) (Entered: 05/07/2013) |

# SEALED

U. S. Department of Justice
*United States Attorney*
*District of Nevada*
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, NV 89101

FILED          RECEIVED
                SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

MAR - 9 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUT

1  DANIEL G. BOGDEN
   United States Attorney
2  NICHOLAS D. DICKINSON
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336 / Fax: (702) 388-6418

5           UNITED STATES DISTRICT COURT
6              DISTRICT OF NEVADA
7                     -oOo-
8

9  UNITED STATES OF AMERICA,           )  CRIMINAL INDICTMENT
                                        )
10                 PLAINTIFF,           )  2:10-CR- _104_
                                        )
11 VS.                                  )  VIOLATIONS:
                                        )
12 LAKEITH CORNAE CROSBY,               )  21 U.S.C. § 846 - Conspiracy to Distribute
   aka Buddha,                          )  a Controlled Substance
13                                      )
   RONALD DUNMORE,                      )  21 U.S.C. § 841(a)(1) - Distribution of a
14 aka "RB",                            )  Controlled Substance
                                        )
15 CHARLES EDWARD MOORE, and            )  21 U.S.C. § 856(a)(1) - Maintaining Drug
                                        )  Involved Premises
16 JAMES SMITH,                         )
   aka "Poncho",                        )  18 U.S.C. § 2 - Aiding and Abetting
17                                      )
                 DEFENDANTS.            )
18

19 THE GRAND JURY CHARGES THAT:

                         COUNT ONE
20                      Drug Conspiracy

21

22     From on or about a date unknown, but from at least 2008, up through and

23 including the date of this Indictment, in the State and Federal District of Nevada,

24              LAKEITH CROSBY, aka "Buddha",
                      CHARLES MOORE,
25          RONALD DUNMORE, aka "RB", and
                  JAMES SMITH, aka "Poncho",

26   . . .

1 | defendants herein, did knowingly and intentionally conspire with each other and with persons

2 | known and unknown the grand jury, to distribute 50 grams or more of a mixture and

3 | substance containing a detectible amount of cocaine base, also known as "crack cocaine",

4 | a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

5 | 841 (b)(1)(A)(iii). All in violation of Title 21, United States Code, Section 846.

6

7 | **COUNTS TWO THROUGH EIGHTEEN**
Distribution of a Controlled Substance

8

9 | On or about the dates listed below, in the State and Federal District of

Nevada,

10

11 | **LAKEITH CROSBY, aka "Buddha",
CHARLES MOORE,
RONALD DUNMORE, aka "RB", and
JAMES SMITH, a/k/a "Poncho",**

12

13 | did knowingly and intentionally distribute a mixture and substance containing a detectible

14 | amount of cocaine base, also known as "crack cocaine", a controlled substance, in violation

15 | of Title 21, United States Code, Section 841(a)(1); and Title18, United States Code, Section

16 | 2, on the dates, in the amounts, and subject to the penalty provisions, as more fully set forth

17 | in the specified Counts set forth below:

| Ct. | Defendant(s) | On or about | Amount | Penalty Provision |
|---|---|---|---|---|
| 2 | **Crosby** | December 9, 2008 | 10.4 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 3 | **Moore** | December 12, 2008 | 10.2 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 4 | Crosby | December 22, 2008 | 23.8 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 5 | Crosby | January 12, 2009 | 15.5 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 6 | **Dunmore** | January 30, 2009 | 1.8 grams | 21 U.S.C. § 841(b)(1)(C) |
| 7 | **Crosby & Dunmore** | January 30, 2009 | 12.8 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 8 | **Crosby** | February 5, 2009 | 25.9 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |

| 9 | **Crosby** | February 11, 2009 | 86.5 grams | 21 U.S.C. § 841(b)(1)(A)(iii) |
|---|---|---|---|---|
| 10 | **Dunmore** | March 4, 2009 | 3 grams | 21 U.S.C. § 841(b)(1)(C) |
| 11 | **Crosby** | March 9, 2009 | 23.5 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 12 | **Crosby** | April 3, 2009 | 6.2 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 13 | **Smith** | May 1, 2009 | 2.6 grams | 21 U.S.C. § 841(b)(1)(C) |
| 14 | **Moore** | June 12, 2009 | 12.1 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 15 | **Crosby & Moore** | June 30, 2009 | 21.3 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 16 | **Moore** | July 15, 2009 | 11.5 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 17 | **Crosby** | August 10, 2009 | 11.6 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |
| 18 | **Crosby & Moore** | August 20, 2009 | 25.7 grams | 21 U.S.C. § 841(b)(1)(B)(iii) |

## COUNT NINETEEN
### Maintaining Drug Involved Premises

From on or about July 9, 2008, through on or about May 12, 2009 in the State and Federal District of Nevada,

**JAMES SMITH**, aka "Poncho",
**RONALD DUNMORE**, aka "RB", and
**LAKEITH CORNAE CROSBY**, aka "Buddha",

defendants herein, did knowingly open, lease, rent, use, and maintain, any place, specifically 3121 Walnut Apartment B, North Las Vegas, Nevada, for the purpose of manufacturing, distributing, and using a controlled substance. All in violation of Title 21, United States Code, Section 856 (a)(1); and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION ONE
Drug Conspiracy

1.     The allegations of Counts One through Eighteen of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provision of Title 21, United States Code, Section 853(a)(1).

2.     Upon a conviction of the felony offense charged in Counts One through Eighteen of this Indictment,

**LAKEITH CROSBY**, aka "Buddha",
**CHARLES MOORE**,
**RONALD DUNMORE**, aka "RB", and
**JAMES SMITH**, aka "Poncho",

defendants herein, shall forfeit to the United States of America, any property constituting, or derived from proceeds obtained, directly or indirectly to commit violations of Title 21, United States Code, Sections 841(a)(1) and 846, for an *in personam* criminal forfeiture money judgment up to $10,630.00 in United States Currency.

3.     If any property being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1), as a result of any act or omission of the defendants –

   a.     cannot be located upon the exercise of due diligence;

   b.     has been transferred or sold to, or deposited with, a third party;

   c.     has been placed beyond the jurisdiction of the court;

   d.     has been substantially diminished in value, or;

   e.     has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States of America to seek forfeiture of any properties of the defendant up to $10,630.00 in United States Currency, pursuant to Title 21, United States Code, Section 853(p). All pursuant to Title 21, United States Code, Sections 841(a)(1), 846, 853(a)(1) and 853(p).

## FORFEITURE ALLEGATION TWO
(Drug Conspiracy)

1.    The allegations of Counts One through Eighteen of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provision of Title 21, United States Code, Section 853(a)(2).

2.    Upon a conviction of the felony offense charged in Counts One through Eighteen of this Indictment,

**LAKEITH CROSBY**, aka "Buddha",
**CHARLES MOORE**,
**RONALD DUNMORE**, aka "RB", and
**JAMES SMITH**, aka "Poncho",

defendants herein, shall forfeit to the United States of America, any property used, or intended to be used, in any manner or part, to commit, or to facilitate violations of Title 21, United States Code, Sections 841(a)(1) and 846:

a)    1999 Black Lexus GS400, bearing California license 6HNV728, Vehicle Identification number (VIN) JT8BH68X8X0016655; and

b)    2004 Silver Nissan Titan, bearing California license 7L61289, Vehicle Identification number (VIN) 1N6AA07A84N527385

All pursuant to Title 21, United States Code, Sections 841(a)(1) 846 and 853(a)(2).

**DATED**:   this __9__ day of March 2010.

**A TRUE BILL:**

_/S/_
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney


NICHOLAS D. DICKINSON
Assistant United States Attorney

I hereby attest and certify on 5/7/2013
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By_ Ari Caytuero _Deputy Clerk

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
      Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| JAMES SMITH | CASE NUMBER: 2:10-CR-104-GMN-VCF (4) |
| aka Poncho | USM NUMBER: 44860-048 |

KALANI HOO, CJA
DEFENDANT'S ATTORNEY

**THE DEFENDANT**:

(X)    pled guilty to <u>Count 19 of the Indictment</u>
(  )    pled nolo contendere to count(s) _____ which was accepted by the court.
(  )    was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 21USC§856(a)(1) | Maintaining Drug Involved Premises | May 12, 2009 | 19 |

       The defendant is sentenced as provided in pages 2 through <u> 6 </u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(  )    The defendant has been found not guilty on count(s) _____
(X)    <u>Count(s) ALL REMAINING</u> _____ are dismissed on the motion of the United States.

       IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in  economic circumstances.

OCTOBER 13, 2011
Date of Imposition of Judgment

Signature of Judge

GLORIA M. NAVARRO
U.S. DISTRICT JUDGE
Name and Title of Judge

October 27, 2011
Date

I hereby attest and certify on 5/7/2013
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By ___Ari Caytuero___ Deputy Clerk

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
    Sheet 2 - Imprisonment

DEFENDANT: JAMES SMITH                                         Judgment - Page  2
CASE NUMBER: 2:10-CR-104-GMN-VCF

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  THIRTY-SEVEN (37) MONTHS

(X)    The court makes the following recommendations to the Bureau of Prisons: The Court recommends the defendant be permitted to serve his term of incarceration at Terminal Island or a Facility in Southern California.

(X)    The defendant is remanded to the custody of the United States Marshal.

( )    The defendant shall surrender to the United States Marshal for this district:
      ( )    at _____ a.m./p.m. on _____
      ( )    as notified by the United States Marshal.

( )    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      ( )    before 2 p.m. on _____
      ( )    as notified by the United States Marshal.
      ( )    as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                           _____
                           UNITED STATES MARSHAL

                           BY: _____
                                   Deputy United States Marshal

AO 245B  (Rev 09/08) Judgment in a Criminal Case
Sheet 3 - Supervised Release

| DEFENDANT: JAMES SMITH | Judgment - Page  3 |
|---|---|
| CASE NUMBER: 2:10-CR-104-GMN-VCF | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 YEARS

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually. Revocation is mandatory for refusal to comply.

( )    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**(XX)**    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

**(XX)**    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

( )    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides., works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

( )    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
     Sheet 3 - Supervised Release

DEFENDANT: JAMES SMITH                                 Judgment - Page __4__
CASE NUMBER: 2:10-CR-104-GMN-VCF

## SPECIAL CONDITIONS OF SUPERVISION

1) **Possession of Weapons** - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2) **Warrantless Search** - You shall submit to the search of your person, property, residence or automobile under your control by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3) **Substance Abuse Treatment** - You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

4) **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

5) **Report to Probation Officer After Release from Custody** - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

AO 245B   (Rev 09/08) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

DEFENDANT: JAMES SMITH
CASE NUMBER: 2:10-CR-104-GMN-VCF

Judgment - Page   5

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $100.00 | $WAIVED | $N/A |
| | Due and payable immediately. | | |

( )   On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )   The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| | | | |
| TOTALS | : $_____ | $_____ | |

Restitution amount ordered pursuant to plea agreement: $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

the interest requirement is waived for the:  ( ) fine  ( ) restitution.
the interest requirement for the:  ( ) fine  ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/08) Judgment in a Criminal Case
    Sheet 6 - Schedule of Payments

DEFENDANT: JAMES SMITH                                    Judgment - Page __6__
CASE NUMBER: 2:10-CR-104-GMN-VCF

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    (X)    Lump sum payment of **$100.00**_____ due immediately, balance due
            ( )    not later than _____; or
            ( )    in accordance with ( ) C, ( ) D, or ( ) E below; or

B    ( )    Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below; or

C    ( )    Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____
            _____ over a period of _____ (e.g. months or years), to _____ (e.g., 30 or 60 days)
            after the date of this judgment; or

D    ( )    Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____
            _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term
            is supervision; or

E           Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release
            from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at
            that time; or

F    ( )    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal
Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )    Joint and Several
       Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and
       Several Amount, and corresponding payee, if appropriate.

( )    The defendant shall pay the cost of prosecution.

( )    The defendant shall pay the following court cost(s):

( )    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine
principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court
costs.